IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROXANNE REYNOLDS, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>JUDICIAL CORRECTION SERVICES INC., et al.,<br><br>    Defendants. | Case No. 2:15-cv-00161-MHT-CSC |

JOINT MOTION TO DISMISS
DEFENDANT CITY OF CLANTON
PURSUANT TO PRIVATE SETTLEMENT AGREEMENT

The Plaintiffs Roxanne Reynolds, Rodney Ware, and Edward "Tylee" Williams and the Defendant City of Clanton, having reached a settlement agreement to resolve the issues in this matter, hereby move the Court to dismiss the City of Clanton as a party to this action, without prejudice pursuant to Rule 41(a)(1)(A)(ii).[1]  As a basis for this motion, the Plaintiffs and the City of Clanton state as follows:

    1.    Plaintiffs allege in Claims Three and Four of the Amended Complaint that the contract entered into between the City of Clanton and Judicial Correction Services ("JCS") is illegal under Alabama law because it was not competitively bid and because it is contrary to public policy.  These are the only claims for relief alleged against Defendant City of Clanton.

    2.    Defendant City of Clanton denies Plaintiffs' allegations.

---

[1] Plaintiffs are not dismissing Claims One and Two of the Amended Complaint.  Claims One and Two are alleged against Defendants Judicial Correction Services, Inc. and Mr. Raymond only, not the City of Clanton.

3. Plaintiffs and Defendant City of Clanton have reached an agreement on terms of a private settlement agreement, a copy of which is attached to this motion as Exhibit A, and is incorporated herein by reference.

4. The Plaintiffs and Defendant City of Clanton agree that the attached private settlement agreement will fully resolve their dispute as it relates to Claims Three and Four of the Amended Complaint.

5. The Plaintiffs and Defendant City of Clanton request that the Court dismiss the City of Clanton pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with Plaintiffs and the City of Clanton to bear their own costs related to these claims.

Dated: June 16, 2015

Respectfully Submitted,

ATTORNEYS FOR PLAINTIFFS:

_____
Samuel Brooke
Sara Zampierin
**Southern Poverty Law Center**
samuel.brooke@splcenter.org
sara.zampierin@splcenter.org
T: 334.956.8360; F: 334.956.8481

ATTORNEYS FOR CITY OF CLANTON

_____
James W. Porter, II
Richard Warren Kinney
**Porter, Porter & Hassinger, P.C.**
jwporterii@pphlaw.net
wkinney@pphlaw.net
T: 205.322.1744; F: 205.322.1750

2