IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROXANNE REYNOLDS, RODNEY WARE, and EDWARD "TYLEE" WILLIAMS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:15cv161-MHT (WO) |
| JUDICIAL CORRECTION SERVICES, INC., STEVEN RAYMOND, and CITY OF CLANTON, | ) ) ) ) ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to Fed. R. Civ. P. 41(a)(1), it is the
ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The joint motion to dismiss defendant City of
Clanton (doc no. 54) is granted.

(2) Counts three and four of the amended complaint
(doc. no. 11) are dismissed.

(3) Defendant City of Clanton is dismissed without
prejudice and terminated as a party, with costs taxed
as paid.  All claims against all other defendants
remain.

It is further ORDERED that defendant City of Clanton's motion to dismiss (doc. no. 36) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 19th day of June, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE