# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ROXANNE REYNOLDS, et al., | |
| Plaintiffs, | Case No. 2:15-cv-00161-MHT-CSC |
| v. | |
| JUDICIAL CORRECTION SERVICES, INC., et al., | |
| Defendants. | |

## UNOPPOSED
## MOTION TO STAY PROCEEDINGS AND
## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiffs respectfully notify the Court that the Parties have reached a settlement agreement in principle. The agreement is being reduced to writing, and the agreement involving Plaintiff Mr. Ware will need to be approved by the United States Bankruptcy Court for the Middle District of Alabama, in Case No. 12-30818, captioned "In re: Rodney WARE," prior to being finalized in this Court. *See* Fed. R. Bankr. P. 9019.

Plaintiffs respectfully move the Court to stay all proceedings in the instant case for 60 days, by which time Plaintiffs anticipate settlement papers will be finalized and proper notice will have been filed in this proceeding.

Defendants do not oppose this Motion and Notice.

Dated:  August 19, 2016                              Respectfully submitted,

                                                                /s/ Samuel Brooke
                                                                Samuel Brooke
                                                                *On Behalf of Plaintiffs' Counsel*

Samuel Brooke (ASB-1172-L60B)
Sara Zampierin (ASB-1695-S34H)
Caren E. Short (ASB-0646-P48N)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama  36104
Telephone:  (334) 956-8200
Fax:  (334) 956-8481
samuel.brooke@splcenter.org
sara.zampierin@splcenter.org
caren.short@splcenter.org

Ivy Wang*
SOUTHERN POVERTY LAW CENTER
1055 St. Charles Avenue, Suite 505
New Orleans, Louisiana 70130
P: (504) 486-8982
F: (504) 486-8947
ivy.wang@splcenter.org

*Admitted pro hac vice*

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date the foregoing document and accompanying materials was filed through the Court's CM/ECF filing system, and that by virtue of this filing notice will be sent electronically to all counsel of record, including the following opposing counsel:

    Larry S. Logsdon
    Michael L. Jackson
    Wesley K. Winborn
    Wallace, Jordan, Ratliff & Brandt, L.L.C.
    P.O. Box 530910
    Birmingham, Alabama 35253
    llogsdon@wallacejordan.com
    mjackson@wallacejordan.com
    wwinborn@wallacejordan.com
    **Counsel for Judicial Correction Services, Inc., and Steven Raymond**

Dated:  August 19, 2016                  /s/ Samuel Brooke
                                                Samuel Brooke