IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROXANNE REYNOLDS, RODNEY WARE, and EDWARD "TYLEE" WILLIAMS,  )<br>)<br>)<br>)<br>    Plaintiffs,  )<br>)<br>    v.  )<br>)<br>JUDICIAL CORRECTION  )<br>SERVICES, INC. and STEVEN  )<br>RAYMOND,  )<br>)<br>    Defendants.  ) | CIVIL ACTION NO.<br>2:15cv161-MHT<br>(WO) |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (doc. no. 82), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 14th day of December, 2016.

                                     /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**